UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No.: 4:08-cr-00061-(3) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER** |
| | ) | |
| TRACY MICHELLE JONES; | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Application to Exonerate Bond (Document # 136) having been considered by the Court,

IT IS ORDERED that the $100,000 surety posted in the form of a Real Estate Agreement filed of record on the Chesterfield County Clerk of Court deed book 441 pages 1422-1423, on behalf of Defendant Tracy M. Jones, is exonerated.

                                                    s/Thomas E. Rogers, III
                                                    Thomas E. Rogers, III
                                                    United States Magistrate Judge

April 22, 2013
Florence, South Carolina